UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETHEONA A. GUILES

Vs.     CASE NO. 3:01CV01803(AVC)

INGENIX, INC. a/k/a UNITED HEALTH
GROUP, JOHN PELLICO, NICHOLAS
DAUKAS, T. JEFFREY REARDON and
NANCY GRIMALDI

### ORDER TO SHOW CAUSE

On November 16, 2001, this Court granted Defendants' Motion to Stay Proceedings and Compel Arbitration and for Costs. The defendants, on October 2, 2003 having filed a status report indicating that the arbitration in this matter had been concluded; it is hereby ORDERED:

That the plaintiff show cause, on or before November 15, 2003 why the within action should not be dismissed.

SO ORDERED.

Dated at Hartford, Connecticut, this 16th day of October, 2003.

_____
Alfred V. Covello
United States District Judge