UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

BETHEONA A. GUILES

    Vs.                                    CASE NO. 3:01CV01803(AVC)

INGENIX, INC. a/k/a UNITED HEALTH
GROUP, JOHN PELLICO, NICHOLAS
DAUKAS, T. JEFFREY REARDON and
NANCY GRIMALDI

## JUDGMENT

This action having been commenced by a complaint and assigned to the Honorable Alfred V. Covello, United States District Judge; and

The Court having issued an order to show cause on October 16, 2003 ordering the plaintiff to show cause by November 15, 2003 as to why this action should not be dismissed, and the plaintiff, having failed to show cause by November 15, 2003; it is hereby

ORDERED, ADJUDGED AND DECREED that judgment be and is hereby entered dismissing this action for failure to comply with the Court's order.

Dated at Hartford, Connecticut, this 24th day of November, 2003.

KEVIN F. ROWE, CLERK

By    /s/ JW
      Jo-Ann Walker
      Deputy Clerk

EOD: